UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Daoud,

                                        Plaintiff(s),                              **O R D E R**

                -against –                                                 7:20-CV-06107 (CS)


Yonkers Fire Department (City of Yonkers),
                                        Defendant(s).
------------------------------------------------------------X

Seibel, J.

        It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within sixty (60) days of the date of this order,
Plaintiff may apply by letter within the sixty-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.


        **SO ORDERED**.

Dated:  July 7, 2023
        White Plains, New York



                                                    _____
                                                     CATHY SEIBEL, U.S.D.J.